UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION,<br><br>Plaintiff,<br><br>-against-<br><br>U.S. BANK TRUST NATIONAL ASSOCIATION,<br><br>Defendant. | Case No.: 7:15-cv-05642-KMK<br><br>**ORDER FOR ADMISSION**<br>**PRO HAC VICE** |

The motion of David S.S. Hamilton, attorney for Defendant, U.S. Bank National Association successor-in interest to U.S. Bank Trust National Association ("US. Bank"), for the admission of Scott G. Knudson ("Applicant") to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the Bars of the State of Minnesota and the District of Columbia; a member in good standing of the United States District Court for the following Districts: Northern District of New York; District of Columbia; District of Minnesota; the Western District of Wisconsin; and a member in good standing of the United States Tax Court and the United States Court of Appeals for the following Circuits: 8th Circuit, 9th Circuit, 10th Circuit and the District of Columbia Circuit; and that his contact information is as follows:

Scott G. Knudson
Briggs and Morgan, P.A.
2200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 977-8279
Facsimile: (612) 977-8650

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for US. Bank in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All Attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the Pro Hac Vice fee to the Clerk of the Court.

Dated: 9/17/15

_____
United States District Judge

821838