| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF NEW YORK |
|---|---|
| National Public Finance Guarantee Corporation<br>Plaintiff, | Court File Number<br>7:15-CV-05642 |
| v. | AFFIDAVIT OF SERVICE |
| U.S. Bank National Association, et al.<br>Defendant, | |

State of Texas } SS
County of Bexar }

Azalea A Casas
(Name of Server)

being duly sworn, on oath says that on

9 / 21 /2015 at 1 : 40 PM
(Date of Service)      (Time of Service)

s(he) served the: Third-Party Summons; Defendant U.S. Bank National Association's Third-Party Complaint; Exhibits A-D

upon: Agape Colinas, Inc.

therein named, personally at:   7334 Blanco Road
                                Suite 200
                                San Antonio, TX 78216

by handling to and leaving with:

[ ] the Registered Agent of Agape Colinas, Inc.
[ ] an Officer of Agape Colinas, Inc.
[✓] a Managing Agent, someone within Agape Colinas, Inc. whose management capacity is such that (s)he exercises independent judgment and discretion

MATTHEW STAR
(Name of the Person with whom the documents were left)

PRESIDENT
(Title or Relationship)

a true and correct copy thereof.

Subscribed and Sworn to before me

21 Sept /2015

(Signature of Notary)

Azalea Alejandra Casas
SCH11554 EXP 07/31/18
(Signature of Server)

DEBRA RIOS
My Commission Expires
June 18, 2019

Serial # BRIMO 157715 5063
Re: 19401.2741

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Metro Legal Services, Inc.
330 2nd Avenue South, Suite 150, Minneapolis, MN 55401
T (612) 332-0202 or (800) 488-8994

-1-

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF NEW YORK |
|---|---|
| National Public Finance Guarantee Corporation<br>Plaintiff, | Court File Number<br>7:15-CV-05642 |
| v. | |
| U.S. Bank National Association, et al.<br>Defendant, | AFFIDAVIT OF SERVICE |

State of Texas } ss
County of Bexar }

AZALEA L. CASAS, (Name of Server) being duly sworn, on oath says that on

9 / 21 /2015 at 1 : 40 P M
(Date of Service)   (Time of Service)

s(he) served the: Third-Party Summons; Defendant U.S. Bank National Association's Third-Party Complaint; Exhibits A-D

upon: American Opportunity for Housing - Colinas, LLC

therein named, personally at:   7334 Blanco Road
Suite 200
San Antonio, TX 78216

by handling to and leaving with:

[ ] the Registered Agent of American Opportunity for Housing - Colinas, LLC
[ ] an Officer of American Opportunity for Housing - Colinas, LLC
[✓] a Managing Agent, someone within American Opportunity for Housing - Colinas, LLC whose management capacity is such that (s)he exercises independent judgment and discretion

MATHEW STAR                                   PRESIDENT
(Name of the Person with whom the documents were left)   (Title or Relationship)

a true and correct copy thereof.

Azalea Alejandra Casas
SCH11554 EXP 07/31/18
(Signature of Server)

Subscribed and Sworn to before me
21 Sept /2015

(Signature of Notary)

DEBRA RIOS
My Commission Expires
June 18, 2019

Serial # BRIMO 157714 5062
Re: 19401.2741

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Metro Legal Services, Inc.
330 2nd Avenue South, Suite 150, Minneapolis, MN 55401
T (612) 332-0202 or (800) 488-8994
-1-

AO 441 (Rev. 12/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| National Public Finance Guarantee Corporation, <br> *Plaintiff* <br> v. <br> U.S. Bank National Association* <br> *Defendant, Third-party plaintiff* <br> v. <br> American Opportunity for Housing - Colinas, LLC* <br> *Third-party defendant* | ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 7:15-CV-05642 KMK |

*See Rider for Complete Caption

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*

American Opportunity for Housing - Colinas, LLC, 7334 Blanco Road, Suite 200, San Antonio, TX 78216

Agape Colinas, Inc., 7334 Blanco Road, Suite 200, San Antonio, TX 78216

A lawsuit has been filed against defendant U.S. Bank National Association, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff National Public Finance Guarantee Corporation.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Zeichner Ellman & Krause LLP, 1211 Avenue of the Americas, 40th Floor, New York, New York 10036

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cuddy & Feder LLP, 445 Hamilton Avenue, 14th Floor, White Plains, New York 10601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date: September 17, 2015

CLERK OF COURT

/S/ Symia James
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 12/09) Summons on Third-Party Complaint (Page 2)

Civil Action No. 7:15-CV-05642 KMK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

<u>Rider</u>

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| National Public Finance Guarantee Corporation,<br><br>      Plaintiff,<br><br>  - against -<br><br>U.S. Bank Trust National Association,<br><br>      Defendant. | Civil Action No. 7:15-CV-05642 KMK |
| U.S. Bank National Association sued herein as U.S. Bank Trust National Association,<br><br>      Plaintiff and<br>      Third-Party Plaintiff,<br><br>  - against -<br><br>American Opportunity for Housing – Colinas, LLC and Agape Colinas, Inc.,<br><br>      Third-Party Defendants. | |