# ZEICHNER ELLMAN & KRAUSE LLP

1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
(212) 223-0400
FAX: (212) 753-0396
www.zeklaw.com

35 MASON STREET
GREENWICH, CT 06830
(203) 622-0900
FAX: (203) 862-9889

DIRECT DIAL
(212) 826-5325
dhamilton@zeklaw.com

103 EISENHOWER PARKWAY
ROSELAND, NJ-07068
(973) 364-____
(973) ___-9960

**MEMO ENDORSED**

October 7, 2015

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

**National Public Finance Guarantee Corporation v.
U.S. Bank Trust National Association
Case No. 15-cv-05642-KMK
Request for Extension of Time for Third-Party Defendants
to Respond to the Third-Party Complaint**

Dear Judge Karas:

We are counsel to Defendant U.S. Bank, National Association ("U.S. Bank"). We write pursuant to Your Honor's Individual Rules of Practice and Local Rule 7.1(d) for approval of an extension of time for Third-Party Defendants American Opportunity for Housing – Colinas LLC and Agape Colinas, Inc. to respond to U.S. Bank's Third-Party Complaint to and including November 12, 2015. Third-Party Defendants' responses would otherwise be due October 12, 2015.

Plaintiff's counsel does not object to this request.

Granted.

Respectfully submitted,

D Hamilton

David S.S. Hamilton

DSSH:cla

So Ordered.

/s/ KMK
10/8/15