UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

**National Public Finance Guarantee Corp.,**                    15-cv-5642 (KMK)

                     Plaintiff(s),

  -against-                                                                           CALENDAR NOTICE


**U.S. Bank Trust National Association,**

                     Defendant(s).
-----------------------------------------------------------X

Please take notice that the above captioned matter has been scheduled for:

| | | |
|---|---|---|
| ___ Pre-trial Conference | ___ Status Conference | ___ Oral argument |
| ___ Settlement conference | ___ Plea Hearing | ___ Suppression hearing |
| _x_ Rule (16) conference | ___ Final pre-trial conference | ___ Order to Show Cause |
| ___ Telephone Conference | ___ Jury Selection and Trial | ___ Pre-motion conference |
| ___ Non-Jury Trial | ___ Inquest | |

before the Honorable Kenneth M. Karas, United States District Judge, on Tuesday, January 5, 2016 at 11:45 a.m. in Courtroom 521, U. S. District Court, 300 Quarropas Street, White Plains, New York 10601.

Any scheduling difficulties must be brought to the attention of the Court in writing, at least five business days beforehand.

Dated: November 10, 2015
       White Plains, New York

So Ordered

_____
Kenneth M. Karas, U.S.D.J.