## ZEICHNER ELLMAN & KRAUSE LLP

1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
(212) 223-0400
FAX: (212) 753-0396
www.zeklaw.com

**MEMO ENDORSED**

DIRECT DIAL
(212) 826-5325
dhamilton@zeklaw.com

35 MASON STREET
GREENWICH, CT 06830
(203) 622-0900
FAX: (203) 862-9889

103 EISENHOWER PARKWAY
ROSELAND, NJ 07068
(973) 618-9100
FAX: (973) 364-9960

November 10, 2015

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150



**National Public Finance Guarantee Corporation v.
U.S. Bank Trust National Association
Case No. 15-cv-05642-KMK
Request for Extension of Time for Third-Party Defendants
to Respond to the Third-Party Complaint**

Dear Judge Karas:

We are counsel to Defendant U.S. Bank, National Association ("U.S. Bank"). We write pursuant to Your Honor's Individual Rules of Practice and Local Rule 7.1(d) for approval of an extension of time for Third-Party Defendants American Opportunity for Housing – Colinas LLC and Agape Colinas, Inc. to respond to U.S. Bank's Third-Party Complaint to and including November 30, 2015. Third-Party Defendants' responses would otherwise be due November 12, 2015, based on one prior request that was granted. The parties are discussing settlement. Plaintiff's counsel concurs in this request.

Granted

So Ordered
KMK
11/12/15

Respectfully submitted,

*D Hamilton*

David S.S. Hamilton