ZEICHNER ELLMAN & KRAUSE LLP

1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
(212) 223-0400
FAX: (212) 753-0396
www.zeklaw.com

**MEMO ENDORSED**

35 MASON STREET
GREENWICH, CT 06830
(203) 622-0900
FAX: (203) 862-9889

103 EISENHOWER PARKWAY
ROSELAND, NJ 07068
(973) 618-9100
FAX: (973) 364-9960

DIRECT DIAL
(212) 826-5325
dhamilton@zeklaw.com

December 1, 2015

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

**National Public Finance Guarantee Corporation v.**
**U.S. Bank Trust National Association**
**Case No. 15-cv-05642-KMK**
**Request for Extension of Time for Third-Party Defendants**
**to Respond to the Third-Party Complaint**

Dear Judge Karas:

We are counsel to Defendant U.S. Bank, National Association ("U.S. Bank"). U.S. Bank has answered the complaint and has also filed a third party complaint against Third-Party Defendants American Opportunity for Housing – Colinas LLC and Agape Colinas, Inc. Pending global settlement discussions, U.S. Bank has made two previous requests on behalf of the Third-Party Defendants for an extension of their time to respond to the Third-Party Complaint, the latest of which was granted through November 30, 2015.

We write pursuant to Your Honor's Individual Rules of Practice and Local Rule 7.1(d) for approval of a third extension of time for Third-Party Defendants to respond

ZEICHNER ELLMAN & KRAUSE LLP

Honorable Kenneth M. Karas
12/1/2015
Page 2

to U.S. Bank's Third-Party Complaint to and including January 12, 2016 (one week after

the January 5, 2016 Rule(16) conference currently scheduled before the Court). The

parties would like to continue settlement discussions and intend to provide an update to the

Court at that time on how this case may be resolved. Plaintiff's counsel concurs in this

request.

Respectfully submitted,

David S.S. Hamilton

Granted.
So Ordered.

12/2/15