

**BRIGGS**
BRIGGS AND MORGAN

2200 IDS Center
80 South 8th Street
Minneapolis MN 55402-2157
tel 612.977.8400
fax 612.977.8650

**MEMO ENDORSED**

January 4, 2016

Scott G. Knudson
(612) 977-8279
sknudson@briggs.com

### VIA FAX

Honorable Kenneth M. Karas
United States District Court
300 Quarropas Street
Chambers 533
White Plains, NY 10601

    **Re:  National Public Finance Guarantee Corp. v. U.S. Bank Trust National Association, Case No. 15-CV-05642**

Dear Judge Karas:

    The undersigned represents the defendant U.S. Bank National Association in the above-captioned matter. The parties resumed settlement discussions today. In the interest of minimizing costs, which could assist in resolving this matter, U.S. Bank requests a continuance of the status conference set for tomorrow, January 5, at 11:45 a.m. to any date in the week of January 11 or January 18 or 19. Plaintiff has stated it does not oppose this request provided the continuance does not exceed two weeks. Counsel for the third-party defendant concurs in this request.

                                            Respectfully submitted,

                                            Scott G. Knudson

SGK/lo
cc:  David Hamilton
     Eric Pullen
     Andrew Schriever

*Though untimely, the request is granted. The new date is January 19, 2016, at 4:00*

*So Ordered*

Briggs and Morgan, Professional Association
Minneapolis | St. Paul | www.briggs.com
Member - Lex Mundi, a Global Association of Independent Law Firms

7376234v1

1/4/16