UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)        15 CV 5642 (KMK)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
_____x

    The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

    ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned __National Public Finance Guarantee Corporation v. U.S. Bank Trust National Association_____, No. _15-05642_.

The date(s) for which such authorization is provided is (are) _1/19/2016_____.

| Attorney | Device(s) |
|---|---|
| 1. David S.S. Hamilton | Phone / Laptop |
| 2. Scott Knudson | Phone / tablet / laptop |
| 3. | |

(Attach Extra Sheet If Needed)

    The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: _1/15/16_

_____
United States Judge

Revised: February 26, 2014