UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| National Public Finance Guarantee Corporation,<br><br>-v-<br><br>U.S. Bank Trust National Association,<br><br>                          Plaintiff,<br><br>                          Defendant. | Case No. 15-cv-05642-KMK<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for American Opportunity for Housing-Colinas, LLC and Ag (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

Date: January 19, 2016

Henry L. Saurborn Jr.
Digitally signed by Henry L. Saurborn Jr.
DN: cn=Henry L. Saurborn Jr., o=Kaiser Saurborn and Mair, P.C., ou, email=saurborn@ksmlaw.com, c=US
Date: 2012.06.01 17:08:27 -04'00'

**Signature of Attorney**

Attorney Bar Code: HS-6583

Form Rule7_1.pdf   SDNY Web 10/2007

Agape Colinas Inc.