## CERTIFICATE OF SERVICE

I certify that on the 19th day of January 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to all of the registered CM/ECF participants in this action:

_____/s/_____.
Henry L. Saurborn, Esq. (HS-6583)

{00091561}
Page 1 of 1